IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Jenary JO

Printed: 1/15/08

Case Number: 07 B 01080
Judge: Wedoff, Eugene R
Filed: 1/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 29, 2007
Confirmed: April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 796.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 753.02 |
| Trustee Fee: |  | 42.98 |
| Other Funds: |  | 0.00 |
| Totals: | 796.00 | 796.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,250.00 | 753.02 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 2,079.59 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 14,682.29 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 192.80 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 69.98 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 51.75 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 134.14 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 94.74 | 0.00 |
| 11. | General Motors Acceptance Corp | Unsecured | 1,416.70 | 0.00 |
| 12. | Nicor Gas | Unsecured | 259.74 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 4.28 | 0.00 |
| 14. | Freemont Investment | Secured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Allstate Insurance Company | Unsecured |  | No Claim Filed |
| 17. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 18. | GMAC Mortgage Corporation | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | GMAC Mortgage Corporation | Unsecured |  | No Claim Filed |
| 21. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 25. | WFN National Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jones, Jenary JO | Case Number: 07 B 01080 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 1/22/07 |

| 26. | Nicor Gas | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | AFNI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,236.01 | $ 753.02 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 42.98 |
| | _____ |
| | $ 42.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____